**Kevin T. JOHNSON, Plaintiff—Appellant,**

v.

**R. WHITE, Senior Counselor; Sergeant Skinner; Officer Taylor; Eddie L. Pearson, Warden of Sussex II State Prison; Gene Johnson, Director of Department of Corrections, Defendants—Appellees.**

No. 04–7534.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2005.

Decided: Feb. 4, 2005.

Kevin T. Johnson, Appellant pro se.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin T. Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. White,* No. CA–03–919–3 (E.D.Va. Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*